# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**DONNA G. MILES**                                           **PLAINTIFF**

v.                          No. 3:18-cv-107-DPM

**BROADWAY HEALTH & REHAB, LLC**                             **DEFENDANT**

## ORDER

Miles's notices, № 20 & 22, are appreciated. The Court will hold a bench trial on damages in Jonesboro at 9:00 a.m. on 13 August 2019. Miles must serve this Order and the Court's Order on Default, № 17, on Broadway by certified mail, restricted delivery, as soon as practicable. Notice of service due by 14 June 2019.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

29 May 2019