# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

DONNA G. MILES                                              PLAINTIFF

v.                          No. 3:18-cv-107-DPM

BROADWAY HEALTH & REHAB, LLC                                DEFENDANT

## JUDGMENT

Broadway Health & Rehab was properly served but defaulted. The Court held that Miles was entitled to judgment on liability and set a trial on damages. The Court directed Miles to notify Broadway. She made best efforts to do so, but it's not clear whether notice was received. There's no requirement, however, of notice because Broadway never appeared. FED. R. CIV. P. 55(b)(2). A bench trial on damages proceeded as scheduled in Jonesboro on 13 August 2019. Broadway did not attend. Based on the preponderance of the evidence received, the Court enters Judgment for Donna G. Miles against Broadway Health & Rehab, LLC for $345,000. This total includes $160,000 in lost back pay, $160,000 in front pay, and $25,000 in compensatory damages. The Court also awards Miles $10,287.85 in attorney's fees and costs. This Judgment shall bear post-judgment interest at 1.72% per annum until paid in full.

*signature*

D.P. Marshall Jr.
United States District Judge

13 September 2019